## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **ROBERT FETTES,** | : |
| | : |
| **Plaintiff,** | : |
| | :   **Case No. 2:06-cv-429** |
| **v.** | :   **JUDGE ALGENON L. MARBLEY** |
| | : |
| **CITY OF CAMBRIDGE,** | : |
| | : |
| **Defendant.** | : |

## ORDER

This matter is before the Court on Defendant City of Cambridge's Motion for

Reconsideration on Motion to Exclude (Doc. 157).  The Court orally denied this Motion before

trial, and the Motion is therefore **MOOT**.


       **IT IS SO ORDERED.**


                                              s/Algenon L. Marbley
                                          **ALGENON L. MARBLEY**
                                          **UNITED STATES DISTRICT COURT**

**Dated: October 7, 2010**