## IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT FETTES, | : | CASE NO. 2:06CV429 |
| Plaintiff, | : | |
| v. | : | JUDGE MARBLEY |
| | : | MAGISTRATE JUDGE ABEL |
| CITY OF CAMBRIDGE, | : | |
| Defendant | : | |

### ORDER OF DISMISSAL

This case is hereby dismissed with prejudice. Any court costs shall be paid by defendant City of Cambridge.

_____
JUDGE ALGENON L. MARBLEY

AGREED:

/s/Daniel R. Mordarski
Daniel R. Mordarski (0063228)
LAW OFFICES OF
DANIEL R. MORDARSKI LLC
5 East Long Street, Suite 1100
Columbus, Ohio 43215
(614) 221-3200
(614) 221-3201 – Facsimile
dan@mordarskilaw.com
*Attorney for Plaintiff*
*Robert Fettes*

/s/Gregory A. Beck
Gregory A. Beck (0018260)
Baker Dublikar Beck Wiley & Mathews
400 S Main Street
North Canton, OH 44720
330-499-6000
330 499 6423 (fax)
beck@bakerfirm.com
*Attorney for Defendant*
*City of Cambridge*